## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Marc Gerard Lemay,<br><br>                Debtor | Chapter 13<br><br>Case No. 24-10106 |

### ORDER CLARIFYING STATUS OF MATTERS UNDER ADVISEMENT

On April 3, 2025, the Court took two contested matters under advisement: (1) the debtor's efforts to obtain confirmation of his modified plan [Dkt. No. 26]; and (2) the debtor's objection to TD Bank's amended claim [Dkt. No. 63]. Thereafter, the debtor submitted a further proposed order on confirmation [Dkt. No. 71], TD Bank objected to that proposed order [Dkt. No. 72], and the debtor filed a supplement to his objection to TD Bank's amended claim [Dkt. No. 73]. To the extent that the proposed order, the objection thereto, or the supplement to the claim objection raise any issues of law or fact that were not previously incorporated into the contested matters that the Court took under advisement on April 3, these filings will not be considered. Once a matter has been taken under advisement, parties are not at liberty to supplement the record without first obtaining leave to do so. "The Court's ruling" on confirmation and the claim objection "should not have to hit a moving target." In re Griswold Bldg., LLC, 420 B.R. 666, 710 (Bankr. E.D. Mich. 2009).

Dated: April 18, 2025

                                                        Michael A. Fagone
                                                        United States Bankruptcy Judge
                                                        District of Maine